AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Raul Ornelas-Olvera
A020 994 721

IAE   YOB:   1958
United Mexican States
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED
MAR 3 2015
Clerk of Court

## CRIMINAL COMPLAINT

Case Number:   M-15-0329-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 3, 2015__ in __Starr__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Raul Ornelas-Olvera was encountered by Border Patrol Agents near Rio Grande City, Texas, on March 03, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on March 03, 2015, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 31, 2009, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 12, 2006, the defendant was convicted of 8 USC 1326 Being Found in the U.S. After Previous Deportation and sentenced to forty-six (46) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

March 3, 2015

Dorina Ramos, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Michael Chandler   Senior Patrol Agent

Signature of Judicial Officer